# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRENDA C. ARMSTEAD,**

      **Plaintiff,**

**v.**                                        **Case No:   6:16-cv-481-Orl-18KRS**

**JEB BUSH,**

      **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

      This cause came on for consideration after review of the matter *sua sponte*.   On March 18. 2016, Plaintiff Brenda C. Armstead filed a complaint against Defendant Jeb Bush.   Doc. No. 1. She did not, however, submit the filing fee or a motion for leave to proceed *in forma pauperis*. Accordingly, on May 17, 2016, I entered an order requiring that, on or before June 1, 2016, Plaintiff either pay the required filing fee or show cause why this case should not be dismissed based on her failure to do so.   Doc. No. 5.

      Although Plaintiff's deadline has now passed, she has still not paid the fee or responded to my show-cause order.   Accordingly, I respectfully **RECOMMEND** that the Court **DISMISS without prejudice** Plaintiff's complaint for failure to pay the required filing fee.

### NOTICE TO PARTIES

      A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions.   A party's failure to file written

objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation.  *See* 11th Cir. R. 3-1.

Recommended in Orlando, Florida on June 9, 2016.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE