UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRENDA C. ARMSTEAD,

    Plaintiff,

v.                                        Case No: 6:16-cv-481-Orl-18KRS

JEB BUSH,

    Defendant.

## ORDER

On June 9, 2016, United States Magistrate Judge Karla R. Spaulding issued a Report and Recommendation (Doc. 6) wherein she recommends dismissal of this case without prejudice. As set forth in the Report and Recommendation, the Court reviewed the matter *sua sponte* and found that Plaintiff Brenda C. Armstead has not paid a filing fee and has not responded to the Court's show-cause order dated May 17, 2016.[1] (*See* Doc. 6 at 1; Doc. 5.)

The Court, having reviewed the Report and Recommendation (Doc. 6) and there being no objections filed, hereby **ORDERS** and **ADJUDGES** that the Report and Recommendation is **APPROVED** and **ADOPTED**. Plaintiff Brenda C. Armstead's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court is directed to **CLOSE** the case.

**DONE AND ORDERED** in Orlando, Florida, this 11 day of July, 2016.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Unrepresented Parties

---

[1] Armstead has failed to reply to either of the Court's show-cause orders dated May 17, 2016. (*See* Docs. 4, 5.)